**Motion Granted and Abatement Order filed March 21, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00590-CV

_____

### JPAC, LLC AND PETER JUUL, Appellants

### V.

### KISS DEVELOPMENT COMPANY, LLC, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2015-35568**

## ABATEMENT ORDER

On March 13, 2019, appellants filed an unopposed motion to abate this appeal. The motion states the parties are engaged in settlement discussions and believe this matter may be resolved. Appellants ask that the appeal be abated to allow time for settlement. The motion is **GRANTED**. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **May 20, 2019**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to reinstate or motion dismiss the appeal. The court may reinstate the appeal on its own motion.


PER CURIAM